UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MENDENHALL DILL,

      Plaintiff,

vs.

WILLOWBROOK FOODS, LLC, *et al.*,

      Defendants.

Case No. 1:12-cv-525

Beckwith, J.
Bowman, M.J.

**ORDER**

On March 4, 2013, the Court granted Carey Steffens, Esq.'s motion to withdraw as Attorney for Defendant Willowbrook Foods, LLC ("Willowbrook").  (Doc. 29).  As of the filing of this Order, Williowbrook has failed to secure new counsel.

It is well-settled that a corporation, partnership, or association cannot appear in federal court except through an attorney.  *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993).  *See also* Doherty v. American Motors Corp., 728 F.2d 334, 340 (6th Cir. 1984).  Accordingly, Willowbrook must secure counsel to represent it in this case within **twenty-one (21) days** of the filing date of this Order, and counsel must enter an appearance on behalf of Defendant Willowbrook within that time.  Failure to comply with the terms of this Order may result in a Report and Recommendation to the District Judge that judgment be entered in favor of Plaintiff based upon Willowbrook's failure to secure counsel.

      **IT IS SO ORDERED**.

                           *s/Stephanie K. Bowman*
                           Stephanie K. Bowman
                           United States Magistrate Judge