UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MENDENHALL DILL,

    Plaintiff,

Case No. 1:12-cv-525

Beckwith, J.
Bowman, M.J.

vs.

WILLOWBROOK FOODS, LLC, et al.,

    Defendants.

**ORDER**

In light of the undersigned's pending Report and Recommendation that the Clerk enter default against Defendant Willowbrook Foods, Inc. for its failure to secure counsel in this matter, Plaintiff's motion to compel (Doc. 25) is herein **DENIED as MOOT**.

**IT IS SO ORDERED.**

                                                            _s/Stephanie K. Bowman_
                                                            Stephanie K. Bowman
                                                            United States Magistrate Judge