IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mendenhall Dill, | : |
| | : Case No. 1:12-cv-525 |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| SFI Holding, LLC, et al., | : |
| | : |
| Defendants. | : |

### O R D E R

On June 4, 2013, Magistrate Judge Bowman entered a Report and Recommendation (Doc. No. 35) recommending that the Clerk of Court file an Entry of Default against Defendant Willowbrook Foods, LLC due its fail to secure trial counsel or otherwise respond to the Court's orders.  Willowbrook Foods, LLC was properly served but did not file an objection to the Report and Recommendation within the time permitted.  Having reviewed the Report and Recommendation de novo as well as the procedural history of the case, the Court concludes that the Magistrate Judge's recommendation is correct.  Accordingly, the Court **ADOPTS** the Report and Recommendation.  The Clerk of Court is directed to enter a default against Defendant Willowbrook Foods, LLC.

**IT IS SO ORDERED**

Date July 9 , 2013           s/Sandra S. Beckwith
                             Sandra S. Beckwith
                             Senior United States District Judge

1