IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MENDENHALL DILL, JENNIFER ARROWOOD, ROBERT DAVID AYERS, ALBERT L. BAYNARD, MICHAEL CHAD BEHELER, ADELINE VICTORIA BREWTON, KATRINA BROWN, MEGAN CARNATZIE, SUSAN CONNER, DONALD GENE CONNER, JEFF DIESMONE, FREDRICK LEE DOTSON, ANTHONY ELLIS, EVERETTE ELLIS, PAMELA H. FORNEY, LAURA LEE GILL, KENNETH GORDON, WANDA HAMES, BRIAN HAMILTON, DUSTIN HAMMETT, PHILLIP LEE HARDIN, LARRY THOMAS HARDIN, RANDELL ERIC HAYNES, THYRA GAYLE HAYNES, MARSHA HUMPHRIES, DEWAYNE JOHNSON, DELMOS LAMONT RANKINS, DOMINICK LANEY, JOHN LITTLEJOHN, TERRY R. LOGAN, RUBY SURRATT MONTGOMERY, MATTHEW D. MOORE, AUGUSTIN PEREZ MORANO, APRIL PRICE, TERESA SHEHAN, JOSEPH SIMMENS, RANDY SIMMONS, DONNA STACEY, HELLEN TAYLOR, PATSY TERRY, MELINDA WATKINS, BRIAN WHITE, MARYANN WHITE, JENNIFER WHITELEY, CARL WHITLOCK, and JOHN WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>SFI HOLDING, LLC and WILLOWBROOK FOODS I, LLC,<br>Defendants. | Case No. 12-cv-00525-SSB-SKB |

[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

The Court has before it the motion by Plaintiffs Mendenhall Dill, Jennifer Arrowood, Robert David Ayers, Albert L. Baynard, Michael Chad Beheler, Adeline Victoria Brewton, Katrina Brown, Megan Carnatzie, Susan Conner, Donald Gene Conner, Jeff Diesmone, Fredrick Lee Dotson , Anthony Ellis, Everette Ellis, Pamela H. Forney, Laura Lee Gill, Kenneth Gordon, Wanda Hames, Brian Hamilton, Dustin Hammett, Phillip Lee Hardin, Larry Thomas Hardin, Randell Eric Haynes, Thyra Gayle Haynes, Marsha Humphries, DeWayne Johnson, Delmos Lamont Rankins, Dominick Laney, John Littlejohn, Terry R. Logan, Ruby Surratt Montgomery, Matthew D. Moore, Augustin Perez Morano, April Price, Teresa Shehan, Joseph Simmens, Randy Simmons, Donna Stacey, Hellen Taylor, Patsy Terry, Melinda Watkins, Brian White, Maryann White, Jennifer Whiteley, Carl Whitlock, John Wilson for Entry of Default Judgment against Defendants SFI Holding, LLC and Willowbrook Foods I, LLC. Plaintiffs' verified first amended complaint, summons and all attachments thereto were served on Defendants on January 16, 2014. An affidavit of said service has been filed with the Court. On April 2, 2014, the Clerk of the Court for the United States District Court for the Southern District of Ohio declared that Defendants are in default for failure to plead or otherwise defend this action.

Plaintiffs filed their motion for entry of default judgment on July 23, 2014. Plaintiffs seek an order compelling Defendants to pay (1) 60 days of wages and benefits pursuant to the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §2101(a)(2) (the "WARN Act") for each of the Plaintiffs, (2) attorneys' fees and costs pursuant to 29 U.S.C. § 2104(a)(6), and (3) interest on the amount due until the civil penalty is paid in full. Plaintiffs submitted the affidavit of René S. Roupinian, Esq. setting forth the amount due. Plaintiffs served Defendants notice of the instant motion on July 23, 2014. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Entry of Default Judgment is GRANTED; it is

FURTHER ORDERED that the Court DECLARES that Defendants violated the WARN Act by failing to provide sixty days' notice of Plaintiffs' termination of employment on or about March 7, 2012, and it is

FURTHER ORDERED that Defendants shall pay the Plaintiffs the total amount of $251,078.91, plus interest on the amount due until the damages are paid in full; it is

FURTHER ORDERED that Defendants shall pay the Plaintiffs' attorneys' fees in the total amount of $94,999.50, and costs in the amount of $ 4,721.82, plus interest on the amount due until the damages are paid in full; it is

FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a).

**IT IS SO ORDERED.**

Dated: 9/9, 2014

SANDRA S. BECKWITH
UNITED STATES JUDGE